KIRK. J. ANDERSON (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Counsel for Plaintiff*
*Symbology Innovations LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>NOVATIME TECHNOLOGY INC., et al.<br><br>*Defendant*. | Case No. 5:20-cv-00145-PSG-GJS<br><br>**JOINT NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that plaintiff Symbology Innovations, LLC, and defendants NovaTime Technology Inc. and Ascentis Corporation (collectively the "Settling Parties") have resolved all claims between them in the above captioned litigation.

WHEREAS, the Settling Parties have negotiated and executed a settlement agreement resolving all claims between them.

WHEREFORE, the Settling Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action in its entirety, with prejudice, including all claims and counterclaims, whether stated or unstated, against all parties, with each party to bear its own attorneys' fees and costs.

Dated: May 1, 2020                                              Respectfully submitted,

s/ Erin O. Dungan                                               s/ Kirk J. Anderson
**PADMANBHAN & DAWSON, P.L.L.C.**                               **BUDO LAW, P.C.**
Erin O. Dungan                                                  Kirk J. Anderson
Attorneys for Defendants                                        Attorneys for Plaintiff
45 South 7th Street, Ste 2315                                   5610 Ward Rd, Suite #300
Minneapolis, MN 55402                                           Arvada, CO 80002
Telephone: 612-444-3634                                         Telephone: 720-225-9440
Facsimile: 612-444-3195                                         Facsimile: 720-225-9331

*Counsel for Defendants NovaTime*                               *Counsel for Plaintiff*
*Technology, Inc. and Ascentis*                                 *Sunset Licensing LLC*
*Corporation*

## ATTORNEY ATTESTATION

I, Kirk J. Anderson, am the ECF user whose ID and password are being used to file this Notice of Voluntary Dismissal. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 1, 2020

                                                            *s/ Kirk J. Anderson*